UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LIONEL SERIGNE ET AL. | CIVIL ACTION |
| VERSUS | NO. 10-3891 |
| LOUPE CONSTRUCTION AND CONSULTING COMPANY, INC. ET AL. | MAGISTRATE JUDGE JOSEPH C. WILKINSON, JR. |

### ORDER ON MOTION

APPEARANCES:  None (on the record)

MOTION:  Defendant's Motion to Quash Subpoena Duces Tecum and for Protective Order, Record Doc. No. 44

O R D E R E D:

 XXX :  GRANTED IN PART AND DENIED IN PART.  Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed and served no later than eight (8) days before the noticed submission date.  No memorandum in opposition to the referenced motion, noticed for submission on this date, has been timely submitted, and counsel for plaintiffs has orally advised the court that he does not oppose the motion.  Accordingly, this motion is deemed to be unopposed.  However, it appears to the court that the motion has merit only in part.

The motion is granted insofar as it seeks an order quashing the subpoena duces tecum.  There was and is no need for plaintiffs to employ Fed. R. Civ. P. 45 for this discovery, when Fed. R. Civ. P. 34 provides a superior, more efficient means of obtaining discovery of tangible items from parties, as opposed to non-parties, particularly where (as in this instance) the particular subpoena circumvents the timing and procedures set out in Rule 34.  **IT IS ORDERED** that all parties to this lawsuit are hereby prohibited from serving each other with subpoenas duces tecum and must employ Rule 34 instead.

The motion is denied insofar as it seeks an order prospectively "precluding plaintiffs from submitting alternative discovery requests for the documents and information sought" in the subpoena. Record Doc. No. 44 (Defendant's Motion to Quash at p. 1).  While it certainly appears that the materials sought in numbered item 2 of the subpoena are objectionable for the reasons set out in the motion, I reach no conclusion

at this time concerning the materials or some narrower subset of them identified in numbered items 1 and 3. Any determination concerning objections to and production of those materials that might be requested in some alternative discovery request is deferred to compliance with the Rule 34 procedure, followed by a motion to compel, if appropriate.

New Orleans, Louisiana, this 27th day of July, 2011.

JOSEPH C. WILKINSON, JR.
UNITED STATES MAGISTRATE JUDGE